EDWARD GIBBONS, as Administrator of the Estate of WILLIAM GIBBONS, Deceased, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued May 23, 1946; decided June 14, 1946.

*Adolph S. Ziegler* and *Irving C. Rosenkrantz* for appellant. *John J. Bennett, Corporation Counsel (Seymour B. Quel* of counsel), for respondent.

Judgments modified so as to provide that plaintiff may have ten days in which to serve an amended complaint, and as so modified, affirmed with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and FULD, JJ. Taking no part: THACHER and DYE, JJ.